[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-14904
Non-Argument Calendar

_____

D.C. Docket No. 9:14-cr-80227-DMM-27

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NEIL R. PUTERBAUGH, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(May 22, 2017)

Before TJOFLAT, WILLIAM PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Richard Rosenbaum, appointed counsel for Neil Puterbaugh, Jr. in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Puterbaugh's conviction and sentence are **AFFIRMED**.